1 JACQUELINE P. MINOR, State Bar No. 102735
MARION L. MCWILLIAMS, State Bar No. 187532
2 MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
3 1025 Second Avenue, Room 406
Oakland, CA  94606
4 Telephone:  (510) 879-8535
Fax:  (510) 879-1833
5 mike.smith@ousd.k12.ca.us

6 Attorneys for Petitioner
OAKLAND UNIFIED SCHOOL DISTRICT
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 EVELYN FRANCISCO,                                   Case No. C10-04992 MEJ

11            Petitioner,                             **RESPONDENT OUSD'S ANSWER TO
                                                      PETITIONER FRANCISCO'S PETITION FOR
12       vs.                                          ALTERNATIVE WRIT OF MANDATE,
                                                      PROHIBITION, OR OTHER
13 OAKLAND UNIFIED SCHOOL DISTRICT,                   EXTRAORDINARY RELIEF AND
                                                      APPLICATION FOR STAY**
14            Respondent.

15

16       COMES NOW Respondent, Oakland Unified School District ("District"), which is a public

17 entity, and answers Petitioner Evelyn Francisco's ("Francisco") Petition, as follows:

18       1.      As to paragraph 1, the District admits that Francisco is an employee of the District,

19 and upon information and belief currently resides in California.  The District denies all other material

20 allegations set forth in paragraph 1.

21       2.      As to paragraph 2, the District admits the material allegations of that paragraph.

22       3.      As to paragraph 3, the District admits that Francisco is an employee of the District,

23 but denies all other material allegations of that paragraph.

24       4.      As to paragraph 4, at this time the District is without sufficient knowledge or

25 information to form a belief as to the truth of the material allegations, and on that basis denies them.

26       5.      As to paragraph 5, the District denies the material allegations of that paragraph.

1    6.    As to paragraph 6, upon information and belief the District admits that Francisco

2  moved to California in or around 2001.  The District denies all other material allegations of that

3  paragraph.

4    7.    As to paragraph 7, the District admits that Francisco began working for the District in

5  or about January 2002, and admits that Francisco has acquired permanent status with the District

6  under the California Education Code.  The District denies all other material allegations of that

7  paragraph.

8    8.    As to paragraph 8, the District denies that it encouraged Francisco to apply for an

9  H1-B visa, but admits that Francisco obtained an H1-B visa in 2004.  The District denies all other

10  material allegations of that paragraph.

11    9.    As to paragraph 9, the District admits that it executed paperwork relating to the

12  extension of Francisco's H1-B visa in 2007, but denies all remaining material allegations of that

13  paragraph.

14    10.    As to paragraph 10, upon information and belief the District admits that in 2007 it

15  executed paperwork relating to a "green card" application for Francisco; but at this time the District

16  is without sufficient knowledge or information to form a belief as to the truth of the remaining

17  material allegations, and on that basis denies them.

18    11.    As to paragraph 11, the District admits that in 2010 Francisco requested that the

19  District sponsor a renewal of an H1-B visa on her behalf.  The District denies all other material

20  allegations of that paragraph.

21    12.    As to paragraph 12, the District denies the material allegations of that paragraph.

22    13.    As to paragraph 13, the District admits that in 2010 Alma Morales, a District

23  employee, informed Francisco that the District would not sponsor a renewal of an H1-B visa on

24  Francisco's behalf.  The District denies all other material allegations of that paragraph.

25    14.    As to paragraph 14, at this time the District is without sufficient knowledge or

26  information to form a belief as to the truth of the material allegations, and on that basis denies them.

15.     As to paragraph 15, the District admits that Francisco spoke with Alma Morales on or about August 23, 2010 regarding sponsoring Francisco's H1-B visa renewal.   The District denies that Ms. Morales agreed the District would execute the application for renewal, and denies that Ms. Morales told Francisco to provide another set of paperwork.   The District denies all remaining allegations of that paragraph.

16.     As to paragraph 16, as to the first and second sentences, at this time the District is without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis denies them.  As to the third sentence, the District admits that Morales was the contact person on this issue.  As to the fourth sentence and all remaining material allegations of the paragraph, the District denies all such material allegations.

17.     As to paragraph 17, as to the first sentence, the District admits that Francisco personally delivered the application to Morales, but cannot admit or deny the remaining allegations of that sentence.  As to the second sentence, the District admits that Francisco left paperwork with Morales, but denies that she had instructed Francisco to do so.  As to the third sentence and all remaining material allegations of the paragraph, the District denies all such material allegations.

18.     As to paragraph 18, as to the first and second sentences, at this time the District is without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis denies them.  As to the third sentence, the District denies all such material allegations. As to the fourth and fifth sentences, at this time the District is without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis denies them.  As to the sixth sentence, the District admits.

19.     As to paragraph 19, at this time the District is without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis denies them.

20.     As to paragraph 20, as to the first sentence at this time the District is without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on

1   that basis denies them.   As to the second sentence of that paragraph, the District denies the

2   material allegations.

3          21.      As to paragraph 21, the District denies the material allegations of that paragraph.

4          22.      As to paragraph 22, as to the first sentence, the District denies the material

5   allegations.  As to the second sentence, the District admits the material allegations.  As to the third

6   sentence, the District denies the material allegations.

7          23.      As to paragraph 23, the District denies the material allegations of that paragraph.

8          24.      As to paragraph 24, the District denies the material allegations of that paragraph.

9          25.      As to paragraph 25, that paragraph calls for a legal conclusion, and thus the District

10   denies the material allegations of that paragraph and the District denies that it has a duty to sponsor

11   a federal immigration visa on behalf of Francisco.

12          26.      As to paragraph 26, the District denies the material allegations of that paragraph.

13          27.      As to paragraph 27, the District denies the material allegations of that paragraph.

14          28.      As to paragraph 28, that paragraph calls for a legal conclusion, and thus the District

15   denies the material allegations of that paragraph, and the District denies that it has a duty to

16   sponsor a federal immigration visa on behalf of Francisco.

17                                    **AFFIRMATIVE DEFENSES**

18          1.      As a FIRST AFFIRMATIVE DEFENSE, the District alleges that the Petition as a

19   whole and each assertion therein fails to state a claim for relief as to the District.

20          2.      As a SECOND AFFIRMATIVE DEFENSE, the District alleges that any and all

21   conduct of the District of which Francisco complains, was a just, reasonable and proper exercise of

22   management discretion undertaken for a fair and honest reason and regulated by good faith under

23   the conditions then existing and known to it and is subject to the complete and partial immunities

24   granted to state entities and officials under the Constitutions, federal laws and decisions, and state

25   laws and decisions.

26          3.      As a THIRD AFFIRMATIVE DEFENSE, the District alleges that Francisco is barred

1   by laches and unclean hands from asserting the acts and remedies alleged in her Petition.

2        4.      As a FOURTH AFFIRMATIVE DEFENSE, the District alleges that it has the

3   discretion, under federal law, statutes, regulations and rules, as to whether or not to execute

4   immigration paperwork of an employee.

5        5.      As a FIFTH AFFIRMATIVE DEFENSE, the District alleges that Francisco is barred

6   by the statute of limitations from pursuing any of the counts, causes of action, and/or claims in her

7   Petition.

8        6.      As a SIXTH AFFIRMATIVE DEFENSE, the District alleges that all acts it took

9   regarding Francisco were job-related and required by business necessity.

10       7.      As a SEVENTH AFFIRMATIVE DEFENSE, the District alleges that Francisco failed

11  to invoke or exhaust her administrative and judicial remedies under state and federal law, under

12  district policy rules and regulations, and under her collective bargaining agreement in effect at the

13  time.

14       8.      As an EIGHTH AFFIRMATIVE DEFENSE, the District alleges that the California

15  Education Code does not govern the instant matter, but this action instead presents a federal

16  question and is governed by federal law.

17       9.      As a NINTH AFFIRMATIVE DEFENSE, the District alleges that Francisco's action

18  and allegations is preempted by federal law.

19       10.     As a TENTH AFFIRMATIVE DEFENSE, the District alleges that Francisco lacks

20  standing to bring the instant action.

21       11.     As an ELEVENTH AFFIRMATIVE DEFENSE, the District alleges that Francisco has

22  no private right of action in this matter.

23       12.     As a TWELFTH AFFIRMATIVE DEFENSE, the District alleges that the action

24  brought by and the relief sought by Francisco is contrary to public policy.

25       13.     As a THIRTEENTH AFFIRMATIVE DEFENSE, the District alleges that the action

26  brought by and the relief sought by Francisco is not ripe for judicial consideration.

1        14.     As a FOURTEENTH AFFIRMATIVE DEFENSE, the District alleges that the action

2   brought by and the relief sought by Francisco is contrary to the District's statutory compliance with

3   federal law, including but not limited to federal immigration laws.

4        15.     As a FIFTEENTH AFFIRMATIVE DEFENSE, Defendants expressly reserve the right

5   to raise any additional affirmative defenses that may become known to them.

6        WHEREFORE, the District prays as follows:

7        1.     That Francisco takes nothing by reason of her Petition, and that judgment is

8   rendered in favor of the District;

9        2.     That the District be awarded its costs of suit and fees incurred in defense of this

10   action and as allowed by law; and,

11        3.     For such other relief as the Court deems proper.

12

13   Dated:  May 12, 2011                              JACQUELINE P. MINOR
                                                        General Counsel

14
                                                        By: _____
15                                                          Michael L. Smith
                                                            Attorneys for Respondent, OAKLAND
16                                                          UNIFIED SCHOOL DISTRICT

17   L305045.P004

18

19

20

21

22

23

24

25

26