DAVID WEINTRAUB, SBN 73841
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone:     (510) 625-9700
Facsimile:     (510) 625-8275
Email:          DWeintraub@beesontayer.com

Attorneys for Plaintiff
EVELYN FRANCISCO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EVELYN FRANCISCO, | Case No. C 10-04992 MEJ |
|---|---|
| Plaintiff, | **LETTER TO THE HONORABLE MARIA-ELENA JAMES** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

DUANE B. BEESON
NEIL BODINE
ROBERT BONSALL
GEOFFREY PILLER
CATHERINE E. AROSTEGUI
JOHN C. PROVOST
ANDREW H. BAKER
JASON RABINOWITZ*
SHEILA K. SEXTON
MATTHEW MORBELLO**
DALE L. BRODSKY
TEAGUE P. PATERSON***
COSTA KERESTENZIS
DAVID WEINTRAUB
MARGARET A. GEDDES
SARAH SANDFORD-SMITH****
PETER M. MCENTEE
SUSAN K. GAREA
BRANDON BRAZIL
JOHN E. VARGA

*ALSO ADMITTED IN NEVADA AND HAWAII
**ALSO ADMITTED IN PENNSYLVANIA AND WASHINGTON
***ALSO ADMITTED IN NEW YORK
****ALSO ADMITTED IN HAWAII

**BEESON, TAYER & BODINE**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
1404 FRANKLIN STREET, FIFTH FLOOR
OAKLAND, CALIFORNIA 94612-3208
(510) 625-9700
FAX (510) 625-8275
WWW.BEESONTAYER.COM

SACRAMENTO OFFICE
520 CAPITOL MALL
SUITE 300
SACRAMENTO, CA 95814-4714
(916) 325-2100
FAX (916) 325-2120

DONALD S. TAYER
(1932-2001)

OF COUNSEL
JOSEPH C. WAXMAN

Sender's Email: dweintraub@beesontayer.com

May 17, 2011

Honorable Maria-Elena James
Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

     Re:   *Francisco, Evelyn v. Oakland Unified School District*
            *United States District Court Case No. C 10-04992 MEJ*

Dear Judge James:

      I am counsel for Evelyn Francisco in the above-entitled matter.  Counsel for the Oakland Unified School District, Michael Smith, and I have met and conferred on a number of issues in this case and would much appreciate it if we could have a telephone conference with you at the earliest possible moment.

      We would like to know whether you are amenable to expediting this matter in light of the possibility that Ms. Francisco might be required to leave the country when and if her visa expires in June.  We would like to explore whether we can stipulate to an expedited schedule of briefing and decision making which would resolve the legal issues and determine whether the Oakland Unified School District is required to sign off on Ms. Francisco's application for a visa extension.  This is the ultimate issue in the case.

      Below is all the contact information for counsel for the school district and myself.  If someone from the Court could contact us with a response it would be appreciated.

199288.doc

**Honorable Maria-Elena James**
**May 17, 2011**
**Page 2 of 2**

Michael Smith Esq.
Oakland Unified School District
Office of the General Counsel
1025 2nd Street, Room 406
Oakland, CA  94606-2212
Telephone:  (510) 879-8696
Fax:         (510) 879-1833
Email:  mike.smith@ousd.k12.ca.us
(Counsel for Defendant, Oakland
Unified School District)

David Weintraub, Esq.
Beeson, Tayer & Bodine
1404 Franklin Street, Fifth Floor
Oakland, CA  94612-3208
Telephone:  (510) 625-9700
Fax:         (510) 625-8275
Email:  DWeintraub@beesontayer.com
(Counsel for Plaintiff, Evelyn Francisco)

Very truly yours,

David Weintraub

DW/mtd

199288.doc