1 | JACQUELINE P. MINOR, State Bar No. 102735
MARION L. MCWILLIAMS, State Bar No. 187532
2 | MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
3 | 1025 Second Avenue, Room 406
Oakland, CA  94606
4 | Telephone:  (510) 879-8535
Fax:  (510) 879-1833
5 | mike.smith@ousd.k12.ca.us

6 | Attorneys for Petitioner
OAKLAND UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN FRANCISCO, | Case No. C10-04992 MEJ |
| Petitioner, | **PETITIONER FRANCISCO AND RESPONDENT OUSD'S JOINT STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, | |
| Respondent. | |

**IT IS HEREBY STIPULATED AND AGREED** by Petitioner, EVELYN FRANCISCO ("Ms. Francisco"), and Respondent, OAKLAND UNIFIED SCHOOL DISTRICT ("District"), by and through their respective attorneys (collectively, "the Parties"), that:

WHEREAS, Ms. Francisco's current H-1B Visa is set to expire on June 30, 2011;

WHEREAS, the Court is asked to determine whether or not the District must sponsor renewal of Ms. Francisco for another H-1B Visa;

WHEREAS, the parties have entered into and filed a Joint Stipulation to Pertinent Facts; and

WHEREAS, the Parties have agreed to not engage in any discovery in this matter;

The Parties hereby respectfully submit the following briefing schedule for the instant action in order that the matter may be decided by the Court, subject to the Court's discretion, by June 27, 2011:

1. On or before June 2, 2011, the District shall e-file any Opposition (and papers in support thereof) ("Opposition") to Ms. Francisco's memorandum of points and authorities in support of writ of mandate, *et seq.,* that Ms. Francisco filed in Alameda Superior Court on September 27, 2010;

2. On or before June 9, 2011, Ms. Francisco shall e-file any Reply (and papers in support thereof) to the District's Opposition;

3. As of June 10, 2011, the Parties and the Court will consider the matter submitted to the Court for consideration and decision without oral argument, except and unless specifically ordered to appear before the Court for oral argument;

4. If the Court orders the Parties to appear for oral argument, the Parties will appear on Thursday, June 23, 2011 at 10:00 a.m. in Courtroom B, 15th Floor; and

///
///
///

5. The Court will issue an Order on the pending action on or before June 27, 2011, subject to the Court's availability and discretion in making a decision on such matter on or before that date.

**IT IS SO STIPULATED.**

Dated: May 26, 2011                                **BEESON, TAYER & BODINE, APC**

By: _____/s_____

David Weintraub
Attorneys for Petitioner
EVELYN FRANCISCO

Dated: May 26, 2011                                **OUSD OFFICE OF THE GENERAL COUNSEL**

By: _____/s_____

Michael L. Smith
Attorneys for Respondent
OAKLAND UNIFIED SCHOOL DISTRICT

**GOOD CAUSE APPEARING**, the Court hereby adopts and enters as its own order the Parties' stipulated briefing schedule set forth above. IT IS SO ORDERED.

Date: May 31, 2011                                _____
HON. MARIA-ELENA JAMES
United States District Court Judge

L305045.P006