DAVID WEINTRAUB, SBN 73841
SARAH SANDFORD-SMITH, SBN 237967
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone:    (510) 625-9700
Facsimile:    (510) 625-8275
Email:        dweintraub@beesontayer.com
              ssandford-smith@beesontayer.com


Attorneys for Plaintiff
EVELYN FRANCISCO

## UNITED STATES DISTRICT COURT CA

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN FRANCISCO

| | |
|---|---|
| EVELYN FRANCISCO,<br><br>                                   Plaintiff,<br><br>          v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>                                   Defendant. | Case No. C 10-04992 MEJ<br><br>**SUPPLEMENTAL DECLARATION OF EVELYN FRANCISCO IN SUPPORT OF WRIT OF MANDATE**<br><br>Courtroom:        Courtroom B<br>Judge:             Maria-Elena James<br>Complaint Filed:   November 4, 2010 |

I, Evelyn Francisco , declare as follows:

1.      I am the Plaintiff/Petitioner herein:

2.      I have taught and have certification to teach Advanced Placement Statistics for Oakland Unified School District at my current work and school site, Oakland Technical High School. I acquired said certification in July 2006.

3.      No one else at my high school has acquired said certification.  The certification is specific to the specific school at which one teaches. No one else, including any of those who are qualified to simply teach math or other math related subjects is qualified to teach the AP Statistics course which is offered at Oakland Technical High School.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  7th day of June, at Oakland, California.

1

EVELYN FRANCISCO

2