**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 15, 2011

Superior Court of the State of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 10-04992 MEJ    EVELYN FRANCISCO-v-OAKLAND UNIFIED SCHOOL
          Your Case Number: (RG 10538648)
Dear Clerk,

         Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                      (X)     Certified copies of docket entries

                      (X)     Certified copies of Remand Order

                      ( )     Other

         Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:
Case Systems Administrator
**GLORIA ACEVEDO**

Enclosures
Copies to counsel of record